IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00739-MSK-KMT

GABRIEL L. FLORES,

       Plaintiff,

v.

"R.N." MRS. AMY FRIEND;
DR. MORGAN, Mental Health; and
MRS. RENAE MARTINEZ, "Director of Medical",

       Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 17th day of June, 2009.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge